UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SANDY CARTER** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:19-CV-01579 |
| | § | |
| **WORLD FINANCE CORPORATION** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## JOINT NOTICE OF SETTLEMENT

Sandy Carter and World Finance Corproation have reached an agreement to settle this action in its entirety. The parties request the court stay all deadlines, settings and related matters for 60 days to allow the parties time to finalize formal settlement documents and file a stipulation of dismissal.

WHEREFORE, PREMISES CONSIDERED, the parties notify the court they have settled all live claims in this cause and request the court retain jurisdiction over this matter, stay all pending deadlines, settings and other related matters, and maintain the case as open on the court's docket until the parties file formal dismissal papers.

Date: June 20, 2019                    Respectfully submitted,

*/s/        C. Charles Townsend*
C. Charles Townsend; SBN:  24028053
Alyson V. Blatney; SBN:  24066249
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
charles.townsend@akerman.com
alyson.blatney@akerman.com

**ATTORNEYS FOR DEFENDANT
WORLD FINANCE CORPORATION**

*/s/        Omar T. Sulaiman*
Alexander J. Taylor
Marwan R. Daher
Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste 200
Lombard, Il 60148
Telephone: 630.575.8181
ataylor@sulaimanlaw.com
mdaher@sulaimanlaw.com
osulaiman@sulaimanlaw.com

**ATTORNEYS FOR PLAINTIFF
SANDY CARTER**