United States District Court
Southern District of Texas
**ENTERED**
June 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANDY CARTER, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:19-CV-1579 |
| WORLD FINANCE CORPORATION, | § |
| Defendant. | § |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. #12). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next sixty days.

SIGNED at Houston, Texas, this ___25___ day of June, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE